IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON  DIVISION

**GREGORY L. REDMOND, #65825**                                                                 **PETITIONER**

**VERSUS**                                                 **CIVIL ACTION NO. 3:07-cv-647-HTW-LRA**

**STATE OF MISSISSIPPI**                                                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion issued this date and incorporated herein by reference,

**IT IS HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2008.

                                    s/ HENRY T. WINGATE
                                    CHIEF UNITED STATES DISTRICT JUDGE